# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROBERTS, VICTORIA A. | EASTERN DISTRICT OF MICHIGAN | 06/9/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
231 W. LAFAYETTE BLVD ROOM 123
DETROIT, MI. 48226

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | State Bar of Michigan Foundation |
| 2. Member | Simone Road LLC |
| 3. Member | Palmer Road LLC |
| 4. Member | Judy Circle LLC |
| 5. Member | Fairview Dr. LLC |
| 6. Member | Dover Road LLC |
| 7. Member | Dearborn Heights Property LLC |
| 8. Member | Ann Arbor Trail LLC |
| 9. Member | Wayne Enterprises Associates, LLC |
| 10. Member | Mitten Mates, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 06/9/2021 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/9/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Simone Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 2. | Judy Circle LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 3. | Fairview Drive LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 4. | Dover Road LLC , Wayne County MI | C | Rent | L | W | | | | | |
| 5. | Dearborn Heights Property LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 6. | Palmer Road LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 7. | Ann Arbor Trail Assoc. LLC, Wayne County MI | C | Rent | L | W | | | | | |
| 8. | Wayne Enterprises Associates LLC, Wayne County MI | B | Rent | L | W | | | | | |
| 9. | Mitten Mates LLC, Wayne County MI | A | Distribution | K | W | | | | | |
| 10. | Daimler AG - Common Stock | A | Dividend | J | T | | | | | |
| 11. | JP Morgan Chase - Checking | A | Interest | J | T | | | | | |
| 12. | JP Morgan Chase - Savings | A | Interest | K | T | | | | | |
| 13. | Charles Schwab: | | | | | | | | | |
| 14. | -Charles Schwab Deposit Account | A | Int./Div. | K | T | | | | | |
| 15. | -Invesco S&P Low Volatility Portfolio | A | Dividend | | | Sold | 04/08/20 | K | A | |
| 16. | -DWS Enhanced Cmdy | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 17. | -Invesco Optimum Yield | A | Dividend | | | Sold | 04/08/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Ishares Core S&P Small | A | Dividend | | | Sold | 08/06/20 | J | A | |
| 19. -SPDR Index Shares Emerg | A | Dividend | | | Sold | 11/11/20 | K | C | |
| 20. -PGIM High Yield Fund Z | A | Dividend | | | Sold | 11/11/20 | J | A | |
| 21. -Pimco Incm Inst Cl | A | Dividend | | | Sold | 04/08/20 | K | A | |
| 22. -Vanguard Intl Growth Fd | A | Dividend | L | T | | | | | |
| 23. -Wasatch Core Growth | A | Dividend | | | Sold | 11/01/20 | J | B | |
| 24. -Schwab US Dividend ETF | A | Dividend | | | Sold | 11/11/20 | K | C | |
| 25. -Ishares International | A | Dividend | | | Sold | 11/11/20 | K | A | |
| 26. -Schwab US Dividend | A | Dividend | | | Sold | 11/11/20 | K | C | |
| 27. -SPDR Nuveen Blmbrg | A | Dividend | | | Sold | 08/06/20 | J | A | |
| 28. -Vanguard Health Care | A | Dividend | | | Sold | 11/11/20 | K | C | |
| 29. -Blackrock National Muni | A | Dividend | | | Sold | 11/11/20 | K | A | |
| 30. -Grandeur Peak Intl | A | Dividend | K | T | Sold (part) | 11/11/20 | K | A | |
| 31. Charles Schwab IRA: | | | | | | | | | |
| 32. -Charles Schwab Deposit Account | A | Int./Div. | K | T | | | | | |
| 33. -First Eagle Global Fund | A | Dividend | | | Sold | 11/11/20 | K | C | |
| 34. -Invesco Developing Markets Fund Class Y | A | Dividend | | | Sold | 11/11/20 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35.  -Vanguard Interm Term Bond | A | Dividend | | | Sold | 11/11/20 | K | C | |
| 36.  -Invesco S&P 500 Equal Weight | A | Dividend | | | Sold | 11/11/20 | J | C | |
| 37.  -Ishares Trust MSCI EAFE Small Cap ETF | A | Dividend | L | T | | | | | |
| 38.  -Vaneck Vectors Biotech | A | Dividend | | | Sold | 11/11/20 | J | B | |
| 39.  -Vanguared Growth | A | Dividend | M | T | | | | | |
| 40.  -IShares JPMorgan USD Emg Mkts B ETF | A | Dividend | | | Sold | 11/11/20 | K | A | |
| 41.  -Invesco FTSE RAFI Dvlp Mkts ETF | A | Dividend | | | Sold | 11/11/20 | K | A | |
| 42.  -IShares Core S&P Small Cap ETF | A | Dividend | L | T | | | | | |
| 43.  -Invesco Variable Rate PRF ETF | A | Dividend | J | T | | | | | |
| 44.  -Schwab Emgerging Mkts | A | Dividend | | | Sold | 11/11/20 | K | A | |
| 45.  -SPDR S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 46.  -Wisdomtree US Small Cap | A | Dividend | | | Sold | 08/06/20 | K | A | |
| 47.  -Vanguard High Yield Corp | A | Dividend | K | T | | | | | |
| 48.  -Vanguard Inflation | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 49.  -FMI Intl Fund | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 50.  -Ishares Asia 50 ETF | A | Dividend | | | Sold | 08/06/20 | K | B | |
| 51.  -Schwab Funda Emg Mkts | A | Dividend | | | Sold | 11/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/9/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Vanguard FTSE Develeoped Mkts | A | Dividend | L | T | | | | | |
| 53.  -Vangurard Global EX US Real Estate | A | Dividend | | | Sold | 08/06/20 | J | A | |
| 54.  -PGIM High YIeld Fund Z | A | Dividend | L | T | | | | | |
| 55.  -PGIM Total Return Bond Z | A | Dividend | L | T | | | | | |
| 56.  -USAA Income Fund Inst | A | Dividend | K | T | | | | | |
| 57.  -Primecap Odyssey Stock | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 58.  -Vanguard Equity Income Fd | A | Dividend | K | T | | | | | |
| 59.  -Vanguard Emerging MKT | A | Dividend | L | T | Buy<br>(add'l) | 11/11/20 | K | | |
| 60.  -Wisdomtree Int'l Small Cap | A | Dividend | | | Sold | 08/06/20 | K | A | |
| 61.  -Western Asset Core Plus | A | Dividend | L | T | Buy | 11/11/20 | K | | |
| 62.  -Blackrock Emerging Mkts | A | Dividend | L | T | Buy | 11/11/20 | K | | |
| 63.  -Parnassus Core Equity Intl | A | Dividend | K | T | Buy | 08/06/20 | K | | |
| 64.  -PGIM Jennison International | A | Dividend | K | T | Buy | 08/06/20 | K | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 06/9/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Certian investments reported on VII. Investmetns & Trusts had name changes between the 2019 and 2020 reports.

| Name of Person Reporting | Date of Report |
|---|---|
| **ROBERTS, VICTORIA A.** | 06/9/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ VICTORIA A. ROBERTS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544